ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN.— Motion granted; order of May 24, 1918, vacated; order appealed from modified as stated in order, on the authority of *Fidelity & Casualty Co. v. Seagrist, Jr., Co.* (79 App. Div. 614). Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

KATE SIMON, an Infant, v. GOLDBERG & GREENBERG, INC.— Motion for reargument denied. Motion for resettlement granted. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of JOSEPH D. CARROLL, Deceased.— Motion denied, without costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

THE BARRETT COMPANY v. JULES E. BERNARD and Others.— Motion for stay granted; appellants to be ready to argue the appeal on October 11, 1918. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of JOSEPH D. CARROLL, Deceased.— Motion granted. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

VITAGRAPH COMPANY OF AMERICA v. ANITA STEWART and Others.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

PETER LASKOFSKY v. POCAHONTAS CONSOLIDATED COLLIERIES COMPANY. — Motion granted. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

GEORGE BATTEN COMPANY v. POMPEIAN COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

IRVING E. BURDICK v. FAIRMOUNT FILM CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of FREDERICK H. CLARKE, an Attorney.— Respondent disbarred. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of ELBERT S. BOUGHTON, an Attorney.— Application for issuance of a commission granted; the commission to be an open one, not upon written interrogatories. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

---

## SECOND DEPARTMENT, JUNE, 1918.

FRANK J. FELBEL, as Assignee, etc., Respondent, *v.* STEPHEN E. JACKMAN, Appellant, and Another, Defendant.

*Chattel mortgage — rights of assignee for creditors of mortgagor.*

Motion for leave to appeal to the Court of Appeals.

PER CURIAM: This case presents directly the question whether the *assignee* for the benefit of creditors of a corporation can raise the question that a chattel mortgage made by that corporation to secure the payment